UNITED STATES DISTRICT COURT

for

Eastern District of Washington

ECF No. 45

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2025

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Elperin, Anna | Docket No. | 0980 1:25CR02120-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Anna Elperin, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Stanley A. Bastian, sitting in the Court at Yakima, Washington, on the 17th day of December 2025, under the following conditions:

**Special Condition of Release #4:** Defendant shall submit to a substance abuse evaluation within five days of her release from custody and undergo any recommended substance abuse treatment as directed by the U.S. Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the U.S. Probation/Pretrial Services Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Anna Elperin is alleged to be in violation of her pretrial release conditions by failing to complete a substance abuse evaluation as directed by the Court and failing to sign a waiver of confidentiality since on or before December 29, 2025.

On December 18, and 19, 2025, Mrs. Elperin's pretrial release conditions were reviewed with her. She signed her pretrial release conditions and was provided with a copy. Mrs. Elperin acknowledged an understanding of her conditions, which included special condition of release number 4, as noted above.

On December 18, 2025, Mrs. Elperin went to Barth and Associates (Barth) in Yakima, Washington, and began the first phase of her substance abuse evaluation. She was directed to return to Barth on December 30, 2025, to complete the substance abuse evaluation. Prior to Mrs. Elperin's second appointment at Barth, a substance abuse counselor contacted the Federal Defenders Office and requested Mrs. Elperin's records related to this case. The Federal Defenders Office did not provide the documents; therefore, her assessment was cancelled and she was not able to complete the assessment as directed by the Court.

Additionally, on December 29, 2025, this officer contacted Barth to confirm the reason Mrs. Elperin's assessment was cancelled. Barth was unable to provide this officer any information and could not confirm or deny Mrs. Elperin was a client at Barth. Meaning, Mrs. Elperin did not sign a waiver of confidentiality for the U.S. Probation/Pretrial Services Office.

  PRAYING THAT THE COURT WILL ORDER A SUMMONS

                                                I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 30, 2025

by  s/Phil Casey

Phil Casey
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_/s/ Stan Bastian_
Signature of Judicial Officer

12/30/2025
Date